PD-0267-17

Clerk of the Court of Criminal Appeals
P.O. Box 12308
~~Sp~~ Capitol Station
Austin, TX. 78711

Dear Clerk.

   I would Like to request An Extension in Cause # 03-14-00193-CR.
An Extension of 30 days.
   To prepare more throughly A petition for discretionary review.
If you will see my deadline is March 31, 2017.
your assistance in this matter will greatly be Appreciated.
                    Thankyou in Advance.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 23 2017

                              Sincerely
                              Martin monteJo Abel Acosta, Clerk

C/c
Files.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 21 2017

Abel Acosta, Clerk

                              Martin monteJo # 1918888
                              Wynne unit
                              810 Fm. 2821
                              Huntsville. TX. 77349